

## STATE OF RHODE ISLAND

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

| Case Information |
|---|

Case Caption: _____Michael Royal_____ vs. _____Electric Boat Corporation, et al._____

Federal Court Case No.____1:24-cv-00003____ State Court Case No._____WC-2023-0584_____

| Record Information |
|---|

Confidential:          Yes ☐          No ☐          Description: _____

Sealed documents:     Yes ☐          No ☐          Description: _____

| Certification |
|---|

I, _____Brenden T. Oates_____, Clerk of the Rhode Island Superior Court for the County

of _____Washington_____ , do certify that the attached documents are all the

documents included in the record in the above referenced case.

Clerk:

Date: January 8, 2024          /s/_____

Prepared by:

_____Brenden T. Oates_____

WASHINGTON COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. WC-2023-0584

| | | | |
|---|---|---|---|
| **Michael Royal** | § | Location: | **Washington County Superior Court** |
| v. | § | | |
| **Electric Boat Corporation et al.** | § | Filed on: | **11/28/2023** |
| | § | US District Court Case Number: | **1:24-cv-00003** |
| | § | | |

---

### CASE INFORMATION

**Statistical Closures**
01/08/2024    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Civil Rights/Job Discrimination**

Case Status: **01/08/2024   Closed**

Case Flags: **Claim for Jury Trial**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number       WC-2023-0584 |
| | Court       Washington County Superior Court |
| | Date Assigned       11/28/2023 |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Royal, Michael** | **KENNEDY-SMITH, SAMUEL** |
| | | *Retained* |
| | | 4014063310(W) |
| | | |
| **Defendant** | **Electric Boat Corporation** | |
| | **Riley Power Group, LLC** | **FOLGER-HARTWELL, JILLIAN** |
| | | *Retained* |
| | | 4018242107(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 01/08/2024 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 01/04/2024 | Notice of Removal |
| | *Notice of Filing of Notice of Removal* |
| 12/05/2023 | Stipulation Filed |
| | *Stip as to service on Electric Boat* |
| 11/29/2023 | Summons |
| 11/28/2023 | Complaint Filed |
| | *Complaint* |

*Printed on 01/08/2024 at 11:14 AM*

STATE OF RHODE ISLAND                                      SUPERIOR COURT
WASHINGTON COUNTY, S.C.

_____
                                            :
MICHAEL ROYAL,                              :
                                            :
         Plaintiff,                         :
                                            :
v.                                          :        C.A. No. WC-2023-0584
                                            :
ELECTRIC BOAT CORPORATION;                  :
RILEY POWER GROUP,  LLC,                     :
                                            :
         Defendants.                        :
                                            :
_____     :


## NOTICE OF FILING OF NOTICE OF REMOVAL

   Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Electric Boat
Corporation and Riley Power Group, LLC ("Defendants"), hereby jointly give notice to
the Superior Court of Washington County, Rhode Island, and to the attorney for Plaintiff,
Michael Royal that on January 4, 2024, Defendants jointly filed a Notice of Removal,
thereby removing this action to the United States District Court for the District of Rhode
Island.  A copy of the Notice of Removal electronically filed on January 4, 2024 is attached
hereto.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-CV-00003-JJM-LDA    Document 6    Filed 01/08/24    Page 4 of 45 PageID #: 38

Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Riley Power Group, LLC,

**BOWDITCH & DEWEY, LLP**
Attorneys for Defendant
Electric Boat Corporation

*/s/ Jillian S. Folger-Hartwell*
Jillian S. Folger-Hartwell, Esq. (#6970)
Dimitrios T. Markos, Esq. (#10396)
One Financial Plaza, Suite 2205
Providence, RI 02903
Tel. 401.824.2500
Fax 401.454.2969
jfolgerhartwell@littler.com
dmarkos@littler.com

*/s/ Tracy Thomas Boland*
Tracy Thomas Boland, Esq.
Raymond Ripple, Esq. (#6489)
101 Federal Street, Suite 1405
Boston, MA 02110
Tel. 617.757.6522
tboland@bowditch.com
bhinks@bowditch.com

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-CV-00003-JJM-LDA    Document 6    Filed 01/08/24    Page 5 of 45 PageID #: 39

## <u>CERTIFICATE OF SERVICE</u>

      I, Jillian S. Folger-Hartwell, hereby certify that a true and accurate copy of the foregoing Notice of Filing of Notice of Removal was filed electronically by operation of the electronic filing system and served electronically upon the following counsel of record on this 4th day of January, 2024:

Samuel Kennedy-Smith, Esq.
Duddy Goodwin & Pollard
446 Main Street, 16th Floor
Worcester, MA 01608

                              /s/ *Jillian S. Folger-Hartwell*
                              Jillian S. Folger-Hartwell, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                                    :
MICHAEL ROYAL,                        :
                                                    :
          Plaintiff,                           :
                                                    :
          v.                                      :          Civil Action No. _____
                                                    :
ELECTRIC BOAT CORPORATION;  :
RILEY POWER GROUP,  LLC,         :
                                                    :
          Defendants.                      :
                                                    :
_____:

## NOTICE OF REMOVAL

Defendants Electric Boat Corporation ("Defendant Electric Boat") and Riley Power Group
LLC, ("Defendant Riley") (collectively "Defendants"), jointly file this Notice of Removal in
accordance with 28 U.S.C. §§ 1332, 1441 and 1446 and hereby remove this action from the
Superior Court of the State of Rhode Island, Washington County to the United States District Court
for the District of Rhode Island.  As its reasons for removal, Defendants state:

## BACKGROUND

1.        By Summons and Complaint, Plaintiff Michael Royal ("Plaintiff") commenced a
civil action against Defendants in Washington County Superior Court titled Michael Royal v.
Electric Boat Corporation; Riley Power Group LLC, C.A. No. WC 2023-0584 (the "Superior Court
Action").  True and correct copies of the Summons and Complaint that Plaintiff caused to be served
upon Defendants are attached as Exhibit A and constitute all processes, pleadings and orders
served upon Defendants in this action to the present date.  28 U.S.C. § 1446(a).  No other
defendants are named in the Complaint, and no other defendants have been served with process in

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00003-LDA Document 6 Filed 01/04/24 Page 7 of 45 PageID #: 41

this action.  (*See* Complaint).

2.      Defendant Electric Boat was served with the Summons and Complaint in the Superior Court Action on December 5, 2023.  See Ex. A.  Defendant Riley was served with the Summons and Complaint on December 12, 2023.  The instant Notice of Removal is being filed within 30 days of the date on which Defendants were served with the Summons and Complaint in the Superior Court Action.  28 U.S.C. § 1446(b).

3.      As required by 28 U.S.C. §1446(d), Defendants have provided written notice of the filing of this Notice of Removal to Samuel Kennedy-Smith, counsel of record for Plaintiff. Attached as <u>Exhibit B</u> is a true and accurate copy of the Notice of Filing of Notice of Removal, the original of which is being promptly filed with the Washington County Superior Court.  28 U.S.C. § 1446(d).

## <u>DIVERSITY JURISDICTION</u>

4.      This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

5.      Plaintiff alleges he currently resides in Jacksonville, Florida.  Compl. ¶ 1.

6.      Defendants are now, and were at the time this action commenced, citizens of a state other than the State of Florida within the meaning of 28 U.S.C. § 1332(a).  Indeed, pursuant to 28 U.S.C. §1332(c)(1), "a corporation shall be deemed to be a citizen of any [s]tate by which it has been incorporated and of the [s]tate where it has its principal place of business." Defendant Electric Boat is now, and was at all material times in this action, a corporation incorporated under the laws of the State of Delaware, with its corporate headquarters and principal place of business located in Groton, Connecticut.  Thus, for purposes of diversity jurisdiction, Defendant Electric Boat is a

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00003-LDA Document 6 Filed 01/04/24 Page 8 of 45 PageID #: 42

citizen of Connecticut, and not of Florida. Defendant Riley is now, and was at all material times in this action, a corporation incorporated under the laws of the State of North Carolina, with its corporate headquarters and principal place of business located in Pinehurst, North Carolina. Thus, for purposes of diversity jurisdiction, Defendant Riley is a citizen of North Carolina. See Hertz Corp. v. Friend, 559 U.S. 77 (2010). Based on the foregoing, there is complete diversity of citizenship because Plaintiff and Defendants are citizens of different states.

7.      Although the Complaint does not specify the precise amount of damages sought, the amount in controversy in this case exceeds $75,000.

8.      Plaintiff seeks to recover for "Damages, including compensatory (including trebled damages), emotional distress, punitive, and/or liquidated…" as well as attorneys['] fees, costs…." Compl. at 10 "Request for Relief."

9.      At the time Plaintiff ceased working for Defendant Riley, he was paid about $38/hr., plus a $154 per diem payment. Plaintiff worked approximately 40 hours per week, with some overtime. Plaintiff claims he was discharged on or about July 16, 2021. Compl. ¶ 35. Though Defendants deny all liability and deny that Plaintiff is entitled to any economic or any other damages, if trial were held one year from the date of this filing, assuming a 40 hour a week schedule and no pay increases, Plaintiff's potential damages for back pay, alone, would be approximately $275,120 without accounting for any overtime or per diem payment.

10.      Plaintiff seeks damages for "emotional distress" as well as compensatory punitive damages and Attorneys' Fees. Compl. at 10 "Request for Relief." Such damages can be considered for purposes of determining the amount in controversy. See Penalver v. Northern Elec., Inc., 2012 U.S. Dist. LEXIS 53662, at *8 (S.D. Fla. Apr. 17, 2012); Toglan v. Marriott Int'l, Inc., 2011 U.S. Dist. LEXIS 91313, at *12 (D. Mass. Aug. 15, 2011); Antonucci v. Cherry Hill Manor,

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:23-cv-00030-LDA Document 6 Filed 01/04/23 Page 9 of 45 PageID #: 43

2006 U.S. Dist. LEXIS 65921, at *6 n.1 (D.R.I. Aug. 22, 2006); <u>Gabrielle v. Allegro Resorts Hotels</u>, 210 F. Supp. 2d 62, 65 (D.R.I. 2002).

11.     Therefore, the requirements of 28 U.S.C. §1332(a) have been met in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and because this action is a civil action between citizens of different states.  Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

## **REMOVAL TO THIS DISTRICT IS PROPER**

12.     This Notice of Removal is being filed in the District of Rhode Island, the District Court of the United States for the district and division within which the Superior Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

WHEREFORE, Defendants respectfully request that the Superior Court Action be removed and hereinafter proceed in the United States District Court for the District of Rhode Island.

Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Riley Power Group, LLC,


/s/ *Jillian S. Folger-Hartwell*
Jillian S. Folger-Hartwell, Esq. (#6970)
Dimitrios T. Markos, Esq. (#10396)
One Financial Plaza, Suite 2205
Providence, RI  02903
Tel. 401.824.2500
Fax 401.454.2969
jfolgerhartwell@littler.com
dmarkos@littler.com

**BOWDITCH & DEWEY, LLP**
Attorneys for Defendant
Electric Boat Corporation


s/ *Tracy Thomas Boland*
Raymond Ripple, Esq. (#6489)
Tracy Thomas Boland, Esq.
(pro hac vice pending)
101 Federal Street, Suite 1405
Boston, MA  02110
Tel. 617.757.6522
rripple@bowditch.com
tboland@bowditch.com

4

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00030-LDA   Document 1   Filed 01/24/24   Page 10 of 45 PageID #:
44

## <u>CERTIFICATE OF SERVICE</u>

I, Jillian S. Folger-Hartwell, hereby certify that a true and accurate copy of the foregoing

Notice of Removal was filed electronically by operation of the electronic filing system and served

electronically upon the following counsel of record on this 4th day of January, 2024:

Samuel Kennedy-Smith
Duddy Goodwin & Pollard
446 Main Street, 16th Floor
Worcester, MA 01608

/s/ *Jillian S. Folger-Hartwell*
Jillian S. Folger-Hartwell, Esq.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

# EXHIBIT A

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 3:36 PM
Envelope: 4430024
Reviewer: Tracy K



## Rhode Island Department of State
## Gregg M. Amore
### Secretary of State

HOME    BUSINESS SERVICES    ELECTIONS    CIVICS AND EDUCATION

## Entity Summary

**ID Number:** 001692370

[ Request certificate ]   [ New search ]

**Summary for:** Riley Power Group, LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company:** Riley Power Group, LLC | |
| **Entity type:** Foreign Limited Liability Company | |
| **Identification Number:** 001692370 | |
| **Date of Registration in Rhode Island:** 01-28-2019 | **Effective Date:** 01-28-2019 |
| **Organized under the laws of: State:** NC **Country:** USA | |

**The location of the Principal Office:**

Address:   100 MAGNOLIA ROAD, SUITE 2207

City or Town, State, Zip, Country:        PINEHURST,  NC  28374  USA

**The mailing address or specified office:**

Address:   100 MAGNOLIA ROAD, SUITE 2207

City or Town, State, Zip, Country:        PINEHURST,  NC  28374  USA

| **Agent Resigned:** N | **Address Maintained:** Y |
|---|---|

**The name and address of the Resident Agent:**

Name:    CORPORATION SERVICE COMPANY

Address:   222 JEFFERSON BOULEVARD SUITE 200

City or Town, State, Zip, Country:        WARWICK,  RI  02888  USA

**The limited liability company is to be managed by its Managers**

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | ELAINE MACDONALD | 100 MAGNOLIA RD., SUITE 3307 PINEHURST, NC 28374 USA |
| MANAGER | DAVID RILEY | 100 MAGNOLIA RD, SUITE 2207 PINEHURST, NC 28374 USA |
| MANAGER | LOUIS STERCHI | 3400 IDAHO AVE NW WASHINGTON, DC 20016 USA |

**Purpose:**

SKILLED TRADES SERVICE PROVIDER

**North American Industry Classification System Code(NAICS):**

238220 Plumbing, Heating, and Air-Conditioning Contractors

**View filings for this business entity:**

ALL FILINGS
Amendment to Application for Registration
Annual Report
Annual Report - Amended
Annual Report - Reinstatement

Click here to access 2006 and 2007 annual reports filed prior to July 25, 2007. The corporate ID is required.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | | |
|---|---|---|
| | **Civil Action File Number** WC-2023-0584 | |
| **Plaintiff** Michael Royal v. Electric Boat Corporation et al. **Defendant** | **Attorney for the Plaintiff or the Plaintiff** Samuel Kennedy-smith | |
| | **Address of the Plaintiff's Attorney or the Plaintiff** 446 Main Street 16th Floor Worcester MA 01608 | |
| McGrath Judicial Complex Washington County 4800 Tower Hill Road Wakefield RI 02879 (401) 782-4121 | **Address of the Defendant** 100 Magnolia Road Suite 2207 Pinehurst NC 28374 | |

**TO THE DEFENDANT, Riley Power Group, Llc:** c/o *Prentice Corp Service Co.* *John Johnson Blvd, Wendy, NC*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 11/29/2023. | /s/ Brenden Oates Clerk |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTEST
Kyle R. Norigian - Constable 05137
DATE: 12/11

SC-CMS-1 (revised January 2023)

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:56 PM
Envelope: 4430024
Reviewer: Tracy K.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff**<br>Michael Royal<br>  v.<br>Electric Boat Corporation et al.<br>**Defendant** | **Civil Action File Number**<br>WC-2023-0584 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Riley Power Group, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ I was unable to make service after the following reasonable attempts: _____

| SERVICE DATE: ___ / ___ / ___ | SERVICE FEE $ _____ |
|---|---|
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____ 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised January 2023)

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4364550
Reviewer: Tracy K.

Case 1:24-cv-00003M-LDA   Document 1   Filed 01/02/24   Page 16 of 45 PageID #:
50

STATE OF RHODE ISLAND                          SUPERIOR COURT
WASHINGTON, SC

MICHAEL ROYAL,                        )
     Plaintiff                      )
                            )
vs.                                   )
                            )   C.A. No.:
RILEY POWER GROUP, LLC;               )
ELECTRIC BOAT CORPORATION             )
     Defendants                     )

## **COMPLAINT**

1. The Plaintiff is a Native - American man who is a resident of Jacksonville, Florida.

2. The Defendant Electric Boat Corporation ("Electric Boat" or "EB") is a foreign
   corporation organized under the laws of the State of Delaware with a principal office
   located at 75 Eastern Point Road, Groton, Connecticut 06340 and a Rhode Island
   Registered Agent of 'CT Corporation System' located at 450 Veterans Memorial
   Parkway, Suite 7A, East Providence, RI 02914.

3. The Defendant Riley Power Group, LLC ("RPG") is a foreign corporation organized
   under the laws of the State of North Carolina with a principal office located at 100
   Magnolia Rd., Ste 2207, Pinehurst, NC 28374-9324 and a Rhode Island Registered Agent
   of 'URS AGENTS, LLC' located at 222 Jefferson Boulevard, Suite 200, Warwick, RI,
   28374.

## **JURISDICTION**

4. Venue is proper in Washington County where the acts and/or omissions giving rise to this
   action occurred in that County.

5. This Court has jurisdiction pursuant to R.I.G.L. §28-50-4 and R.I.G.L. §42-112-2.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:48 PM
Envelope: 4384350
Reviewer: Tracy K.

Case 1:24-cv-00003M-LDA   Document 1   Filed 04/02/24   Page 17   PageID #:
51

6. The Defendants have sufficient contacts with this jurisdiction so as to be subject to the personal jurisdiction of the Rhode Island Courts.

## **FACTS**

7. Plaintiff has worked for approximately 20 years as a welder and/or ship-fitter for ships.

8. Plaintiff was hired by RPG in March 2021 and he relocated from Florida to Rhode Island in April 2021.

9. Plaintiff was paid $38 per hour and received per diem. Plaintiff also was able to work extensive overtime.

10. Prior to relocating, Plaintiff had been told he was being hired to be a welder but was informed upon arrival that he would be working as a ship fitter instead. Plaintiff was also assured he would be transferred to welding when a position became available.

11. In May 2021, Plaintiff sold many of his personal possessions at his home in Florida with the intention to relocate his wife and children.

12. In Rhode Island, RPG is a sub-contractor/vendor of Electric Boat at their facility at Quonset Point in North Kingstown.

13. Electric Boat personnel and/or supervisors regularly supervise and interact with RPG employees such as the Plaintiff such that the Plaintiff and similarly situated employees of RPG are joint, shared and/or borrowed employees of Electric Boat.

14. Electric Boat both indirectly and directly makes hiring and firing decisions and Electric Boat personnel direct and supervise RPG personnel such as the Plaintiff on a daily basis.

15. In May 2021 Plaintiff suffered an injury to his hand when another employee caused him injury while he (the other employee) was wearing ear buds and listening to music.

16. Plaintiff suffered a crushing injury which resulted in medical treatment.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 5:44 PM
Envelope: 4364350
Reviewer: Tracy K.

Case 1:24-cv-00003M-LDA    Document 1    Filed 04/08/24    Page 18    PageID #:
52

17. RPG told Plaintiff that they would pay the medical bill associated with that treatment.

18. Upon information and belief, RPG did not pay that bill.

19. Upon information and belief, the next day the use of ear buds was banned on the job.

20. Following the injury, Plaintiff was placed on light and/or modified duty.

21. Following the injury EB and RPG attempted to have Plaintiff sign a document acknowledging that he (Plaintiff) was responsible for the incident that injured his hand. Plaintiff refused as the incident was not his fault.

22. Following the injury Plaintiff was targeted and harassed by his RPG and EB co-workers and supervisors including:

    a. Co-workers complained about not being able to listen to music on the job blaming the Plaintiff;

    b. At shift meetings various comments were made displaying animus including a comment that 'n*ggers' need to be more careful;

    c. At a shift meeting an EB supervisor named Chris joked about the incident saying that a safety tip was to not put your fingers under metal when you're setting it down;

    d. At a shift meeting an EB supervisor named Chris read an email mocking the Plaintiff as a 'fragile' athlete who 'pinched his finger and cried like a bitch;'

23. Plaintiff lodged numerous complaints to RPG and EB about the harassment. Plaintiff complained to Myron Mitchell at RPG and Brian Hatchet at RPG.

24. Plaintiff asked them to document the harassment and discrimination and requested to be moved to the day shift away from his EB supervisor.

25. Plaintiff told Myron Mitchell and Brian Hatchet that he would record shift meetings to document the harassment.

26. Upon information and belief Myron Mitchell and/or Brian Hatchet informed Chris at EB about Plaintiff's complaints.

27. Plaintiff's family (who were still in Florida) contracted COVID-19 and Plaintiff requested time off and was given leave to start several days thereafter.

28. In late May or early June Plaintiff began being able to take on additional tasks. Chris at EB began giving Plaintiff especially difficult tasks and/or unsafe tasks. Plaintiff complained to Myron Mitchell that he believed he was being set up and asked to do unsafe tasks.

29. Plaintiff was led to believe he would be moved off of Chris' shift.

30. In approximately June 2021, Chris at EB called Plaintiff into his office and berated the Plaintiff. Chris told Plaintiff 'if I wanted you gone n*gger you would have been gone.'

31. Plaintiff reported the conversation to Myron Mitchell and Myron Mitchell told Plaintiff he (Plaintiff) would be moved to another shift.

32. Thereafter, returned to Florida to care for his family.

33. Plaintiff returned a week later and went to go into work and found that his badge had been turned off.

34. Plaintiff called Myron Mitchell. Myron Mitchell told him that he was terminated as of the day that he requested leave to care for his family.

35. Upon information and belief that date was July 16, 2021.

36. Plaintiff was harassed and retaliated against on the basis of his race and/or injury/disability.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 3:43 PM
Envelope: 4364504
Reviewer: Tracy K.

Case 1:24-cv-00003-JJM-PAS   Document 1   Filed 01/02/24   Page 20 of 45 PageID #: 54

37. Plaintiff was harassed and retaliated against on the basis of his requests for accommodation and/or complaints regarding discrimination.

38. Upon information and belief, both Defendants determined to terminate the Plaintiff.

## COUNT I – RHODE ISLAND CIVIL RIGHTS ACT

39. The Plaintiff repeats and re-alleges the above paragraphs as if each were set forth here in its entirety.

40. Defendants subjected Plaintiff to a pervasively hostile work environment, retaliated against the Plaintiff and/or discriminated against the Plaintiff on the basis of his protected conduct in requesting an accommodation for a work injury and/or reporting racial animus and/or discrimination.

41. Defendants are strictly liable for the conduct of their supervisors given their roles and responsibilities.

42. Defendants aided and/or abetted the harassment of and/or discrimination against the Plaintiff.

43. Such conduct and/or the conduct set forth herein violates R.I.G.L. § 42-112-1 et seq.

44. Plaintiff has suffered damages as a result of such conduct.

## COUNT II – RHODE ISLAND WHISTLEBLOWER PROTECTION ACT

45. The Plaintiff repeats and re-alleges the above paragraphs as if each were set forth here in its entirety.

46. Discrimination, hostile work environments, sexual harassment and/or retaliation are illegal and unlawful in Rhode Island pursuant to R.I.G.L. § 42-11-1 et seq., R.I.G.L. § 28-50-1 and various other statutes and/or statutory schemes including criminal statutes.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 3:49 PM
Envelope: 4384550
Reviewer: Tracy K.

Case 1:24-cv-00003-JJM-PAS Document 1-1 Filed 01/02/24 Page 21 of 45 PageID #: 55

47. Consequently, and as set forth herein, Plaintiff engaged in protected conduct under R.I.G.L. § 28-50-3.

48. Subsequent to engaging in protected conduct, Plaintiff was retaliated against by Defendants and/or their managers and supervisors as set forth herein.

49. Plaintiff has suffered damages as a result of such conduct.

### **REQUEST FOR RELIEF**

**WHEREFORE**, the Plaintiff prays this Honorable Court grant the following relief:

I.   Judgement against the Defendants;

II.  Damages, including compensatory (including trebled damages), emotional distress, punitive, and/or liquidated, to the Plaintiff, as authorized or mandated by applicable law, in an amount to be determined at trial;

III. Costs and any reasonable attorney's fees;

IV.  Pre-judgment and post-judgment interest;

V.   Appropriate injunctive, declaratory and other equitable relief; and

VI.  Such other relief as this Honorable Court may deem just and appropriate under the circumstances.

### **JURY DEMAND**

The Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 28, 2023

Respectfully submitted,
The Plaintiff,

By his attorneys,

/s/ Samuel Kennedy-Smith
Samuel Kennedy-Smith (8867)
Duddy Goodwin & Pollard
446 Main Street, 16th Floor
Worcester, MA 01608
sks@dgpfirm.com

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 3:55 PM
Envelope: 4430024
Reviewer: Tracy K.

មើលសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្ប៉ាញ និងព័រទុយហ្គ៉ល់នៅលើទំព័រដែលបានភ្ជាប់។

# សេចក្តីជូនដំណឹង

## លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការរដ្ឋ **Rhode Island**។

## លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012–05 បានចែងថានៅពេលបុគ្គលណាមានឧបករណ៍ដែលមានឧបសគ្គ ឬភ្លេកភាសាអង់គ្លេសមានកំរិត (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island និងបុគ្គលបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬបុគ្គលណាដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីស្នាក្រោងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសមួយចំនួនដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែតាមរយៈលេខ **(401) 222-8710** ឬ

2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ

3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីក្រោងពេលវេលាអ្នកបកប្រែ ៖

**The Office of Court Interpreters**
**Licht Judicial Complex**
**Fourth Floor, Room 401**
**250 Benefit Street**
**Providence, RI 02903**

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់ព័ត៌មានដូចខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងទៅម៉ោងនៃការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័រទុយហ្គ៉ល រុស្ស៊ី និងអេស្ប៉ាញ រួមទាំងបញ្ជីទម្រង់បែបបទនៃតុលាការដែលសមនានជាភាសាអេស្ប៉ាញនោះ សូមចូល ទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ិនធើណិត ៖

**http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi**។

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island រក្សាទុកសិទ្ធិលុបចោលការសម្របសម្រួលដែលផ្តល់ជូន។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 3:59 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00063-JJM-LDA Document 1-1 Filed 02/08/24 Page 23 of 45 PageID #: 57

See this notice in Cambodian, Spanish, and Portuguese on the attached pages. **Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas. **Português**: Leia esta notificação em camboiano, espanhol e português nas páginas em anexo.

# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1.  **Call the Office of Court Interpreters at (401) 222-8710, or**

2.  **Send an email message to interpreterfeedback@courts.ri.gov, or**

3.  **Visit the interpreters' office to schedule an interpreter:**

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Fourth Floor, Room 401**
> **250 Benefit Street**
> **Providence, RI 02903**

**When requesting an interpreter, please provide the following information:**

> **The name and number of your case**
> **The language you are requesting**
> **The date and time of your hearing**
> **The location of your hearing**
> **Your name and a telephone number where we can reach you or your lawyer**

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the Internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex Fourth
Floor Room 401
250 Benefit Street
Providence, RI 02903

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 1:45 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00063-JJM-DLM Document 1-1 Filed 01/02/408/24 Page Page 25 of 46 Page 19 #: 58

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.

**Camboyano**: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]

**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.

**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# N O T I F I C A Ç Ã O

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. **Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou**

2. **Enviar uma mensagem de correio eletrónico para <u>interpreterfeedback@courts.ri.gov</u>, ou**

3. **Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:**

> **Gabinete de Intérpretes Judiciais**
> **Complexo Judicial Licht**
> **Quarto Piso, Sala 401**
> **250 Benefit Street**
> **Providence, RI 02903**

**Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:**

- **O nome e número do seu processo**
- **O idioma que solicita**
- **A data e hora da sua audiência**
- **O local da sua audiência**
- **O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado**

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2023 3:05 PM
Envelope: 4430024
Reviewer: Tracy K.

Case Number: WC-2023-0584 Document Filed 01/04/2408/Page 25 of 25 Page ID #: 59

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em camboja, espanhol e português nas páginas em anexo.



# A V I S O

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Cuarto Piso, Oficina 401 A-B**
> **250 Benefit Street**
> **Providence, RI 02903**

**Al solicitar un intérprete, por favor provea la siguiente información:**

- **El nombre y el número de su caso**

- **El idioma que solicita**

- **La fecha y hora de su audiencia**

- **Dónde va a tomar lugar su audiencia**

- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

9/15

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

# EXHIBIT B

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

STATE OF RHODE ISLAND                                     SUPERIOR COURT
WASHINGTON COUNTY, S.C.

_____
                                            :
MICHAEL ROYAL,                              :
                                            :
        Plaintiff,                          :
                                            :
v.                                          :      C.A. No. WC-2023-0584
                                            :
ELECTRIC BOAT CORPORATION;                  :
RILEY POWER GROUP,  LLC,                     :
                                            :
        Defendants.                         :
                                            :
_____   :


## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Electric Boat
Corporation and Riley Power Group, LLC ("Defendants"), hereby jointly give notice to
the Superior Court of Washington County, Rhode Island, and to the attorney for Plaintiff,
Michael Royal that on January 4, 2024, Defendants jointly filed a Notice of Removal,
thereby removing this action to the United States District Court for the District of Rhode
Island.  A copy of the Notice of Removal electronically filed on January 4, 2024 is attached
hereto.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Riley Power Group, LLC,

*/s/ Jillian S. Folger-Hartwell*
Jillian S. Folger-Hartwell, Esq. (#6970)
Dimitrios T. Markos, Esq. (#10396)
One Financial Plaza, Suite 2205
Providence, RI 02903
Tel. 401.824.2500
Fax 401.454.2969
jfolgerhartwell@littler.com
dmarkos@littler.com

**BOWDITCH & DEWEY, LLP**
Attorneys for Defendant
Electric Boat Corporation

*/s/ Tracy Thomas Boland*
Tracy Thomas Boland, Esq.
Raymond Ripple, Esq. (#6489)
101 Federal Street, Suite 1405
Boston, MA 02110
Tel. 617.757.6522
tboland@bowditch.com
bhinks@bowditch.com

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00003-DM-LDA Document 1-2 Filed 01/08/24 Page 29 of 45 PageID #: 63

## CERTIFICATE OF SERVICE

I, Jillian S. Folger-Hartwell, hereby certify that a true and accurate copy of the foregoing Notice of Filing of Notice of Removal was filed electronically by operation of the electronic filing system and served electronically upon the following counsel of record on this 4th day of January, 2024:

Samuel Kennedy-Smith, Esq.
Duddy Goodwin & Pollard
446 Main Street, 16th Floor
Worcester, MA 01608

/s/ *Jillian S. Folger-Hartwell*
Jillian S. Folger-Hartwell, Esq.

3

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 1/4/2024 1:36 PM
Envelope: 4430024
Reviewer: Tracy K.

Case 1:24-cv-00009-JJM-LDA   Document 1   Filed 01/08/24   Page 1 of 2   PageID #: 64

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Michael Royal

## DEFENDANTS

ELECTRIC BOAT CORPORATION and RILEY POWER GROUP, LLC

**(b)** County of Residence of First Listed Plaintiff    Duval County, Fl
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    New London County, CT
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Samuel Kennedy-Smith, Duddy Goodwin & Pollard
446 Main Street, 16th Floor, Worcester, MA 01608

Attorneys *(If Known)*

Jillian S. Folger-Hartwell, Littler Mendelson, One Financial Plaza, Suite 2205, Providence, RI 02903 (Riley Power)
Tracy Thomas Boland, Bowditch & Dewey, LLP, 101 Federal Street Suite 1405, Boston, MA 02110 (Electric Boat)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

(TORTS PERSONAL INJURY column)
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

☒ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441 and 1446

Brief description of cause:
Plaintiff alleges hostile work environment and retaliation in violation of multiple State Employment statutes.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE        DOCKET NUMBER

DATE
January 4, 2024

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jillian S. Folger-Hartwell #6970

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/4/2024 4:36 PM
Envelope: 4430024
Reviewer: Tracy K.

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 12/5/2023 2:31 PM
Envelope: 4394996
Reviewer: Tracy K.

Case 1:24-cv-00003-JJM-LDA   Document 6   Filed 01/08/24   Page 32 of 45 PageID #: 66

STATE OF RHODE ISLAND                                SUPERIOR COURT
WASHINGTON, SC

MICHAEL ROYAL,                    )
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )      C.A. No.:      WC-2023-0584
RILEY POWER GROUP, LLC;           )
ELECTRIC BOAT CORPORATION         )
                                  )
        Defendants.               )

## STIPULATION AS TO SERVICE

Now come Plaintiff Michael Royal and Defendant Electric Boat Corporation ("Defendant") in the above-captioned action and hereby do stipulate and agree as follows:

1) Undersigned counsel for the Defendant agrees to accept service via email on behalf of the Defendant in the form of the filed/docketed complaint.

2) Defendant shall have up to and including January 29, 2024 to plead or otherwise defend.

3) Defendant waives and/or otherwise agrees not to plead affirmative defenses as to sufficiency of process and/or sufficiency of process served. Defendant retains all other defenses or objections to the lawsuit or to the jurisdiction or venue of the court.

4) This stipulation shall be filed and/or served in lieu of return of service as to the Defendant.

PLAINTIFF MICHAEL ROYAL               DEFENDANT ELECTRIC BOAT
                                      CORPORATION

By his attorneys,                     By its attorneys,


*/s/ Samuel Kennedy-Smith*             */s/ Raymond M. Ripple*
Samuel Kennedy-Smith (#8867)          Raymond M. Ripple (#6489)
Duddy Goodwin & Pollard               Bowditch & Dewey LLP
446 Main Street, 16th Floor           101 Federal Street, Suite 1405
Worcester, MA 01608                   Boston, MA 02110
617-861-7974                          617-757-6516
sks@dgpfirm.com                       rripple@bowditch.com

4869-2315-4956.1
4854-9595-0741.1

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 12/5/2023 2:31 PM
Envelope: 4394996
Reviewer: Tracy K.

Case 1:24-cv-00003-JJM-LDA     Document 6     Filed 01/08/24     Page 33 of 45 PageID #: 67

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th of December, 2023, I filed and served this document through the electronic filing system. The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

_/s/ Samuel Kennedy-Smith_____
Samuel Kennedy-Smith, Esq.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

|  |  |
|---|---|
|  | **Civil Action File Number**<br>WC-2023-0584 |
| **Plaintiff**<br>Michael Royal<br> v.<br>Electric Boat Corporation et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Samuel Kennedy-smith |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>446 Main Street<br>16th Floor<br>Worcester MA  01608 |
| McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield RI  02879<br>(401) 782-4121 | **Address of the Defendant**<br>100 Magnolia Road<br>Suite 2207<br>Pinehurst NC  28374 |

**TO THE DEFENDANT, Riley Power Group, Llc:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 11/29/2023. | /s/ Brenden Oates<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Michael Royal<br>   v.<br>Electric Boat Corporation et al.<br>**Defendant** | **Civil Action File Number**<br>WC-2023-0584 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Riley Power Group, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

---

☐ I was unable to make service after the following reasonable attempts: _____

   _____

---

SERVICE DATE:  ____ / ____ / _____          SERVICE FEE $_____
              Month   Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

---

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.


_____
 Signature

State of _____
County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐  proved  to  the  notary  through  satisfactory  evidence  of  identification,  which  was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                              Notary Public: _____
                              My commission expires: _____
                              Notary identification number: _____

Page 2 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>WC-2023-0584 |
| **Plaintiff**<br>Michael Royal<br> v.<br>Electric Boat Corporation et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Samuel Kennedy-smith |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>446 Main Street<br>16th Floor<br>Worcester MA  01608 |
| McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield RI  02879<br>(401) 782-4121 | **Address of the Defendant**<br>75 Eastern Point Road<br>Groton CT  06340 |

**TO THE DEFENDANT, Electric Boat Corporation:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 11/29/2023. | /s/ Brenden Oates<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Michael Royal<br> v.<br>Electric Boat Corporation et al.<br>**Defendant** | **Civil Action File Number**<br>WC-2023-0584 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Electric Boat Corporation, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name  of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $_____ |
|---|---|
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐   proved   to   the   notary   through   satisfactory   evidence   of   identification,   which   was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised January 2023)

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4384350
Reviewer: Tracy K.
Case 1:24-CV-00003-JJM-LDA    Document 6    Filed 01/08/24    Page 40 of 45 PageID #: 74

STATE OF RHODE ISLAND             SUPERIOR COURT
WASHINGTON, SC

MICHAEL ROYAL,                )
       Plaintiff                 )
                       )
vs.                        )
                       )       C.A. No.:
RILEY POWER GROUP, LLC;       )
ELECTRIC BOAT CORPORATION     )
       Defendants             )

## **COMPLAINT**

1. The Plaintiff is a Native - American man who is a resident of Jacksonville, Florida.

2. The Defendant Electric Boat Corporation ("Electric Boat" or "EB") is a foreign corporation organized under the laws of the State of Delaware with a principal office located at 75 Eastern Point Road, Groton, Connecticut 06340 and a Rhode Island Registered Agent of 'CT Corporation System' located at 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914.

3. The Defendant Riley Power Group, LLC ("RPG") is a foreign corporation organized under the laws of the State of North Carolina with a principal office located at 100 Magnolia Rd., Ste 2207, Pinehurst, NC 28374-9324 and a Rhode Island Registered Agent of 'URS AGENTS, LLC' located at 222 Jefferson Boulevard, Suite 200, Warwick, RI, 28374.

## **JURISDICTION**

4. Venue is proper in Washington County where the acts and/or omissions giving rise to this action occurred in that County.

5. This Court has jurisdiction pursuant to R.I.G.L. §28-50-4 and R.I.G.L. §42-112-2.

6.  The Defendants have sufficient contacts with this jurisdiction so as to be subject to the personal jurisdiction of the Rhode Island Courts.

## FACTS

7.  Plaintiff has worked for approximately 20 years as a welder and/or ship-fitter for ships.

8.  Plaintiff was hired by RPG in March 2021 and he relocated from Florida to Rhode Island in April 2021.

9.  Plaintiff was paid $38 per hour and received per diem. Plaintiff also was able to work extensive overtime.

10. Prior to relocating, Plaintiff had been told he was being hired to be a welder but was informed upon arrival that he would be working as a ship fitter instead. Plaintiff was also assured he would be transferred to welding when a position became available.

11. In May 2021, Plaintiff sold many of his personal possessions at his home in Florida with the intention to relocate his wife and children.

12. In Rhode Island, RPG is a sub-contractor/vendor of Electric Boat at their facility at Quonset Point in North Kingstown.

13. Electric Boat personnel and/or supervisors regularly supervise and interact with RPG employees such as the Plaintiff such that the Plaintiff and similarly situated employees of RPG are joint, shared and/or borrowed employees of Electric Boat.

14. Electric Boat both indirectly and directly makes hiring and firing decisions and Electric Boat personnel direct and supervise RPG personnel such as the Plaintiff on a daily basis.

15. In May 2021 Plaintiff suffered an injury to his hand when another employee caused him injury while he (the other employee) was wearing ear buds and listening to music.

16. Plaintiff suffered a crushing injury which resulted in medical treatment.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4384350
Reviewer: Tracy K.

1:24-CV-00003-JJM-LDA     Document 6     Filed 01/08/24     Page 42 of 45 PageID #: 76

17. RPG told Plaintiff that they would pay the medical bill associated with that treatment.

18. Upon information and belief, RPG did not pay that bill.

19. Upon information and belief, the next day the use of ear buds was banned on the job.

20. Following the injury, Plaintiff was placed on light and/or modified duty.

21. Following the injury EB and RPG attempted to have Plaintiff sign a document acknowledging that he (Plaintiff) was responsible for the incident that injured his hand. Plaintiff refused as the incident was not his fault.

22. Following the injury Plaintiff was targeted and harassed by his RPG and EB co-workers and supervisors including:

    a. Co-workers complained about not being able to listen to music on the job blaming the Plaintiff;

    b. At shift meetings various comments were made displaying animus including a comment that 'n*ggers' need to be more careful;

    c. At a shift meeting an EB supervisor named Chris joked about the incident saying that a safety tip was to not put your fingers under metal when you're setting it down;

    d. At a shift meeting an EB supervisor named Chris read an email mocking the Plaintiff as a 'fragile' athlete who 'pinched his finger and cried like a bitch;'

23. Plaintiff lodged numerous complaints to RPG and EB about the harassment. Plaintiff complained to Myron Mitchell at RPG and Brian Hatchet at RPG.

24. Plaintiff asked them to document the harassment and discrimination and requested to be moved to the day shift away from his EB supervisor.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4384350
Reviewer: Tracy K.

4-CV-00003-JJM-LDA    Document 6    Filed 01/08/24    Page 43 of 45 PageID #:
77

25. Plaintiff told Myron Mitchell and Brian Hatchet that he would record shift meetings to document the harassment.

26. Upon information and belief Myron Mitchell and/or Brian Hatchet informed Chris at EB about Plaintiff's complaints.

27. Plaintiff's family (who were still in Florida) contracted COVID-19 and Plaintiff requested time off and was given leave to start several days thereafter.

28. In late May or early June Plaintiff began being able to take on additional tasks. Chris at EB began giving Plaintiff especially difficult tasks and/or unsafe tasks. Plaintiff complained to Myron Mitchell that he believed he was being set up and asked to do unsafe tasks.

29. Plaintiff was led to believe he would be moved off of Chris' shift.

30. In approximately June 2021, Chris at EB called Plaintiff into his office and berated the Plaintiff. Chris told Plaintiff 'if I wanted you gone n*gger you would have been gone.'

31. Plaintiff reported the conversation to Myron Mitchell and Myron Mitchell told Plaintiff he (Plaintiff) would be moved to another shift.

32. Thereafter, returned to Florida to care for his family.

33. Plaintiff returned a week later and went to go into work and found that his badge had been turned off.

34. Plaintiff called Myron Mitchell. Myron Mitchell told him that he was terminated as of the day that he requested leave to care for his family.

35. Upon information and belief that date was July 16, 2021.

36. Plaintiff was harassed and retaliated against on the basis of his race and/or injury/disability.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4384350
Reviewer: Tracy K.

1:24-CV-00003-JJM-LDA    Document 6    Filed 01/08/24    Page 44 of 45 PageID #: 78

37. Plaintiff was harassed and retaliated against on the basis of his requests for accommodation and/or complaints regarding discrimination.

38. Upon information and belief, both Defendants determined to terminate the Plaintiff.

## COUNT I – RHODE ISLAND CIVIL RIGHTS ACT

39. The Plaintiff repeats and re-alleges the above paragraphs as if each were set forth here in its entirety.

40. Defendants subjected Plaintiff to a pervasively hostile work environment, retaliated against the Plaintiff and/or discriminated against the Plaintiff on the basis of his protected conduct in requesting an accommodation for a work injury and/or reporting racial animus and/or discrimination.

41. Defendants are strictly liable for the conduct of their supervisors given their roles and responsibilities.

42. Defendants aided and/or abetted the harassment of and/or discrimination against the Plaintiff.

43. Such conduct and/or the conduct set forth herein violates R.I.G.L. § 42-112-1 et seq.

44. Plaintiff has suffered damages as a result of such conduct.

## COUNT II – RHODE ISLAND WHISTLEBLOWER PROTECTION ACT

45. The Plaintiff repeats and re-alleges the above paragraphs as if each were set forth here in its entirety.

46. Discrimination, hostile work environments, sexual harassment and/or retaliation are illegal and unlawful in Rhode Island pursuant to R.I.G.L. § 42-11-1 et seq., R.I.G.L. § 28-50-1 and various other statutes and/or statutory schemes including criminal statutes.

Case Number: WC-2023-0584
Filed in Washington County Superior Court
Submitted: 11/28/2023 4:49 PM
Envelope: 4384350
Reviewer: Tracy K.

1:24-CV-00003-JJM-LDA     Document 6     Filed 01/08/24     Page 45 of 45 PageID #: 79

47. Consequently, and as set forth herein, Plaintiff engaged in protected conduct under R.I.G.L. § 28-50-3.

48. Subsequent to engaging in protected conduct, Plaintiff was retaliated against by Defendants and/or their managers and supervisors as set forth herein.

49. Plaintiff has suffered damages as a result of such conduct.

## **REQUEST FOR RELIEF**

**WHEREFORE**, the Plaintiff prays this Honorable Court grant the following relief:

I.  Judgement against the Defendants;

II.  Damages, including compensatory (including trebled damages), emotional distress, punitive, and/or liquidated, to the Plaintiff, as authorized or mandated by applicable law, in an amount to be determined at trial;

III.  Costs and any reasonable attorney's fees;

IV.  Pre-judgment and post-judgment interest;

V.  Appropriate injunctive, declaratory and other equitable relief; and

VI.  Such other relief as this Honorable Court may deem just and appropriate under the circumstances.

## **JURY DEMAND**

The Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 28, 2023

Respectfully submitted,
The Plaintiff,

By his attorneys,

/s/ Samuel Kennedy-Smith
Samuel Kennedy-Smith (8867)
Duddy Goodwin & Pollard
446 Main Street, 16th Floor
Worcester, MA 01608
sks@dgpfirm.com